UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Willie Thompson<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 19-09027<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

## ORDER MODIFYING PLAN

This matter, coming to be heard on the Debtor's motion, this court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Debtor's motion is GRANTED and so:

1) His confirmed plan is modified to provide that the Trustee shall make no further payment to Ocwen Loan Servicing on account of any claim relating to 14409 Chicago Road, Dolton, IL; and

2) Trustee shall not be required to undertake any collections to recover money that the Trustee has disbursed before the entry of this order; and

3) The Debtor's plan payments are reduced to $1,260 per month, effective with the payment due in the month of August, 2020; and

4) The guaranteed minimum dividend to the Debtor's allowed unsecured general claims is reduced to 10%; and

5) That all other plan terms shall remain unchanged.

Enter: *Jacqueline B. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 11/2/20

**Prepared by:**
Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604