UNITED STATES BANKRUPTCY COURT
Northern District of Illinois, Eastern Division

IN RE:

Willie Thompson

Debtor(s)

Case No.: 19-09027
Chapter: 13

NOTICE OF SATISFACTION OF PROOF OF CLAIM #7

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Willie Thompson, Debtor(s), PO Box 732, Dolton, IL 60419
Justin R. Storer, Attorney for Debtor(s), 53 W. Jackson Boulevard Suite 1115, Chicago, IL 60604 by electronic notice through ECF

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RP4 05/31/2019, and assigned as Claim number 7 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 7 should cease at this time.

Dated: 11/3/20

Respectfully submitted,

/s/ Brenda Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File #14-19-04147

NOTE: This law firm is a debt collector.

CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of foregoing document has been served upon the following parties in interest and Debtor's attorney via electronic notice on November 3, 2020 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on November 3, 2020.

- Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
- Willie Thompson, Debtor(s), PO Box 732, Dolton, IL 60419Teresa M. Thompson
- Justin R. Storer, Attorney for Debtor(s), 53 W. Jackson Boulevard Suite 1115, Chicago, IL 60604 by electronic notice through ECF

/s/ Brenda Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File #14-19-04147

NOTE: This law firm is a debt collector.