**Fill in this information to identify the case:**

Debtor 1: Willie Thompson

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 19-09027

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RP4

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to Identify the debtor's account: 6654

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____/_____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $150.00 04/29/19 (PLAN REVIEW); $500.00 05/23/19 (OBJECTION TO CONFIRMATION); $150.00 06/03/19 (POST PETITION FEE NOTICE); | (3) | $800.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ Other. | | (10) | |
| 11. | Specify:_____ Other. | | (11) | |
| 12. | Specify:_____ Other. | | (12) | |
| 13. | Specify:_____ Other. | | (13) | |
| 14. | Specify:_____ | | (14) | |

Official Form 410S2 **Notice of Postpetition Mortgage Fees, Expenses, and Charges** page 1

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Willie Thompson | Case number *(if known)* | 19-09027 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| **✗** | /s/ Brenda Likavec | Date | 6/3/2019 |
| | Signature | | |
| Print | Brenda Likavec | Title | Attorney for Creditor |
| | First Name    Middle Name    Last Name | | |
| Company | Codilis & Associates, P.C. | | |
| Address | 15W030 North Frontage Road, Suite 100 | | |
| | Number    Street | | |
| | Burr Ridge    IL    60527 | | |
| | City    State    ZIP Code | | |
| Contact phone | (630) 794-5300 | Email | ND-One@il.cslegal.com |

File #14-19-04147

B 10 (Supplement 2) (12/11)

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on  June 3, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  June 3, 2019.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Willie Thompson, Debtor(s), PO Box 732, Dolton, IL 60419
Justin R. Storer, Attorney for Debtor(s), 53 W. Jackson Boulevard Suite 1115, Chicago, IL 60604 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

      /s/ Brenda Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE #(14-19-04147)**

NOTE: This law firm is a debt collector.

# Invoice # ▊▊▊▊▊▊▊▊ PERSONAL INFORMATION REDACTED

**INVOICE DATE:** 05/08/2019

**Invoice Submitted By:**
Codilis and Associates - Codilis and Associates 15
W030 North Frontage Rd. SUITE 100
Burr Ridge IL 60527
630-241-4300
Vendor ID # ▊▊▊▊▊

**Order Information:**
Order #: ▊▊▊▊▊▊▊▊▊▊▊
Order Date: 04/01/2019
Order Type: Reorganization Plan
Loan #: ▊▊▊▊▊▊
Property Address: 14409 Chicago Rd, Dolton, IL 60419

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: ▊▊▊▊▊
Method: ACH
Payment Date: 05/16/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 04/29/2019 | $150.00 |
| | | | | **Total:** | $150.00 |

Plan Review Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1.

Invoice management powered by:      05/21/2019 05:52:07 UTC Status: Approved

**PERSONAL INFORMATION REDACTED**

# Invoice # ▮▮▮▮▮▮▮▮▮▮

**INVOICE DATE:** 05/24/2019

**Invoice Submitted By:**
Codilis and Associates - Codilis and Associates
15
W030 North Frontage Rd. SUITE 100
Burr Ridge IL 60527
630-241-4300
Vendor ID # ▮▮▮▮▮▮

**Order Information:**
Order #: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Order Date: 04/01/2019
Order Type: Reorganization Plan
Loan #: ▮▮▮▮▮▮
Property Address: 14409 Chicago Rd, Dolton, IL 60419

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: ▮▮▮▮▮▮
Method: ACH
Payment Date: 05/29/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4204 | Objection to Confirmation- (Recoverable from Borrower) | 05/23/2019 | $500.00 |
| | | | | **Total:** | $500.00 |

Objection to Confirmation Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1.

Invoice management powered by:  vendorly invoice  Altisource

05/30/2019 05:48:49 UTC Status: Approved